# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-3550

**Case Name** Feldman, et al., v. Facebook, Inc.

Hearing Location (*city*) San Francisco

Your Name Kendrick Jan

List the sitting dates for the two sitting months you were asked to review:

February 3-7, 10-14, and March 3-7, 2025.

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Unavailable Dates: February 3-7, 12, and 13, and March 6 and 7.

(Previously scheduled hearings (including a mediation in a multi-party litigated matter set for trial in early June 2025) and related travel.)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Kendrick Jan   **Date** Nov. 12, 2024

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                    *New 12/01/2018*