UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN AKINS, et al.,<br><br>       Plaintiffs - Appellees,<br><br>SARAH FELDMAN and JILL MAHANEY,<br><br>       Objectors - Appellants,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>       Defendants - Appellee. | No. 23-3550<br><br>D.C. No.<br>3:18-md-02843-VC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

It is hereby ORDERED that the time allocated for oral argument in this case is reduced to ten (10) minutes per side. *See* Fed. R. App. P. 34(b).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT